UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 22, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS VILLASENOR,<br><br>Defendant. | Case No. 2:21-mj-00101-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS VILLASENOR , Case No.  2:21-mj-00101-DB  Charge 7 U.S.C. § 2156(b), from custody for the following reasons: for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  50,000

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): **Defendant to be Released to the third-party custody of Sandra Villasenor, with Pretrial Services supervision and conditions of release as stated on the record in court.**

Issued at Sacramento, California on June 22, 2021 at 2:28 PM.

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney