# **SPECIAL CONDITIONS OF RELEASE**

Re: Carlos Villasenor
No.: 2:21-MJ-00101-DB
Date: June 22, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You must report via telephone to the Pretrial Services Agency on the first working day following your release from custody;
3. You are released to the third-party custody of Sandra Villasenor;
4. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
5. You must cooperate in the collection of a DNA sample;
6. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;
7. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;
8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
9. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
10. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
11. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and
12. You must not participate in any animal fighting ventures, including having any dogs on your property or in your custody, care, or control.