UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS VILLASENOR,<br><br>Defendant. | No. 2:21-mj-00101-DB<br><br>**THIRD PARTY CUSTODY** |

CARLOS VILLASENOR, defendant herein, is placed in the custody of:

NAME: SANDRA VILLASENOR

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

DATED: 4/27/21

_____
CUSTODIAN

DATED:_____

_____
CUSTODIAN

DATED:_____

_____
CUSTODIAN

I agree to this third party custody arrangement.

DATED: 6/23/21

_____
DEFENDANT